## Commonwealth ex rel. Fox, Appellant, *v.* Maroney.

Submitted April 14, 1964.
*Charles R. Fox,* appellant, in propria persona; *William Claney Smith,* Assistant District Attorney, and *Robert W. Duggan,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Gaito, Appellant, *v.* Maroney.

Argued April 13, 1964. *Stanley J. Reisman,* with him *Zigmund I. Dermer,* for appellant; *William Claney Smith,* Assistant District Attorney, with him *Robert W. Duggan,* District Attorney, for appellee.

Orders affirmed.

## Commonwealth ex rel. Groves, Appellant, *v.* Maroney.

Submitted April 13, 1964. *Gerald E. Groves,* appellant, in propria persona; *W. Bertram Waychoff,* District Attorney, for appellee.

Order affirmed.